**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Re: Brok-Alan Woodward-Griffith — Debtor

Case No.: 24-10012-BAH
Chapter 13

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX-PARTE MOTION FOR VOLUNTARY DISMISSAL**

NOW COMES, the Debtor in the above-captioned matter, Brok-Alan Woodward-Griffith, by and through his Attorneys, Raymond J. DiLucci, PA, and Respectfully Requests that this Honorable Court Dismiss this case and in support thereof says:

1. That the Debtor originally filed this matter under Chapter 13 on January 9, 2024 and received case number 24-10012-BAH.

2. That 11 U.S.C. Section 1307(b) states in relevant part:

   (b) "On request of the Debtor at any time, if the case has not been converted under Section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable."

3. That this matter was originally filed under Chapter 13 and has not previously been converted under Section 706, 1112, or 1208 of the Bankruptcy Code.

4. That dismissal of this matter by the Debtor is a matter of right.

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

A. Dismiss this matter; and

B. For such other and further relief as is deemed fair, just and equitable.

Respectfully submitted,
Brok-Alan Woodward-Griffith
By and Through his Attorney

Dated: January 23, 2024

/s/ Kathleen E. McKenzie, Esq.
Kathleen E. McKenzie, Esquire
Raymond J. DiLucci, P.A.
81 South State Street
Concord, NH 03301
(603) 224-2100